UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| DANIEL MORIN, | * | |
| Plaintiff | * | |
| v. | * | 2:15-cv-00352-DBH |
| CITY OF SACO, et al. | * | |
| Defendants | * | |

NOTICE OF DISMISSAL

The Plaintiff, pursuant to F.R. Civ. P. 41(a) dismisses this case without prejudice and without costs to any party.

Dated: January 5, 2016

*/s/ Peter Clifford*
Peter Clifford, Bar No. 7300
Clifford & Clifford, LLC
62 Portland Road, Suite 37
Kennebunk, ME  04043
(207) 985-3200